No. 00–9501. BRODER v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–9510. FITTS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9530. FULLER v. DILLON ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–9577. BALDWIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–9587. GRAVES v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–9590. ADAMSON v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 00–9600. CAUSOR-SERRATO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9609. BUSTILLO v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–9610. BURKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–9623. JACOB v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9630. WEEKS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9634. GARROTT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9637. POWELL ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9640. DADI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9641. CHARLESWORTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.